1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  STACY WIESBROCK, CSBN 257920
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear St., Suite 800
9       San Francisco, CA 94105
        Telephone: (415) 268-5612
10      Facsimile: (415) 744-0134
11      Email: stacy.wiesbrock@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RUTH JOHNS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 5:19-cv-00395-SK<br><br>~~[PROPOSED]~~<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation ") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 07/17/2019          /S/ Steve Kim
                           HON. STEVE KIM
                           UNITED STATES MAGISTRATE JUDGE

FILED
CLERK, U.S. DISTRICT COURT
07/17/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jm___ DEPUTY